# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ATHENA WASHINGTON                                                                                      PLAINTIFF

v.                              No. 5:14CV00274 JLH/JTR

CYNTHIA HUNTER, Lieutenant,
Brassell Detention Center, *et al.*                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment is granted, and Washington's claims against Hunter, Bolin, Tyler, and Butler are dismissed with prejudice. Document #37.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 1st day of October, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE