# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ATHENA WASHINGTON                                                                                      PLAINTIFF

v.                                        No. 5:14CV00274 JLH/JTR

CYNTHIA HUNTER, Lieutenant,
Brassell Detention Center, *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed with prejudice. Judgment is entered in favor of defendants, and this case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 1st day of October, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE